UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:19-cr-00099-JMS-DLP |
| JUAN AGUSTIN-SECUNDO (01), | ) ) ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Paul R. Cherry's Report and Recommendation dkt [48] recommending that Juan Agustin-Secundo's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Cherry's Report and Recommendation dkt [48]. The Court finds that Mr. Agustin-Secundo committed Violation Number 2 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision,* dkt [40]. The Court dismisses Violation 1, dkt [40]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Agustin-Secundo is sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months and one (1) day imprisonment with no supervised release to follow.

Date: 3/25/2021

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal